UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 17-56245

MOHMMAD A. HARAJLI,  Chapter 7

        Debtor.  Judge Thomas J. Tucker
_____/

**ORDER DENYING THE DEBTOR'S MOTION TO
REINSTATE BANKRUPTCY CASE**

This case is before the Court on the Debtor's motion entitled "Ex Parte Motion to Set Aside Order Dismissing the Chapter 7 Bankruptcy and for Entry of an Order Reinstating the Chapter 7 Bankruptcy and the Automatic Stay," filed on February 15, 2018 (Docket # 19, the "Motion"), which this Court construes as a motion for reconsideration of, and for relief from, the Court's February 14, 2018 Order dismissing this case (Docket # 15).

The Court has reviewed and considered the Motion, and finds that the Motion fails to demonstrate a palpable defect by which the Court and the parties have been misled, and that a different disposition of the case must result from a correction thereof. *See* Local Rule 9024-1(a)(3).

In addition, the Court finds the following. First, the allegations in the Motion do not establish excusable neglect under Fed. R. Civ. P. 60(b)(1), Fed. R. Bankr. P. 9024, or any other valid ground for relief from the order dismissing this case.

Second, the Motion does not allege any coherent reason, let alone a valid excuse, for the failure of the Debtor to appear at the February 14, 2018 show-cause hearing. Nor does the Motion allege any reason whatsoever for the failure of the Debtor's attorney to appear at that hearing. Both the Debtor and the Debtor's attorney were ordered to appear at the February 14

show-cause hearing, by the show-cause order filed January 30, 2018 (Docket # 13). But neither appeared.

Third, the Court notes that now that the Debtor has paid the filing fee for this case today (albeit only after the case was dismissed), the Debtor is no longer barred from filing a new bankruptcy case.

Accordingly,

IT IS ORDERED that the Motion (Docket # 19) is denied.

**Signed on February 15, 2018**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge

2

17-56245-tjt    Doc 20    Filed 02/15/18    Entered 02/15/18 13:30:31    Page 2 of 2